<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| WILMER EDUARDO VERA-VELEZ, <br><br> Petitioner, <br><br> v. <br><br> LUIS SOTO *et al.*, <br><br> Respondents. | No. 26cv1480 (EP) (MAH) <br><br> **ORDER** |

This matter is before the Court upon Petitioner Wilmer Eduardo Vera-Velez's Motion to Enforce Judgment in this habeas proceeding under 28 U.S.C. § 2241.  D.E. 4 ("Motion to Enforce").  Respondents filed a brief in opposition to Petitioner's Motion to Enforce, D.E. 6, and a partial bond hearing transcript, D.E. 8.  Petitioner filed a letter in reply.  D.E. 9.

The Court, having reviewed the Motion to Enforce and all relevant documents, and for the reasons set forth in the accompanying Opinion,

**IT IS**, on this **9th** day of April 2026,

**ORDERED** that Petitioner's Motion to Enforce Judgment, D.E. 4, is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing before a different immigration judge that comports with discretionary detention under 8 U.S.C. § 1226(a), 8 C.F.R. § 236.1(d)(1), and due process within seven (7) days of this Order; and it is finally

**ORDERED** that Respondents shall file a status report concerning the outcome of the bond hearing within three (3) days of the hearing.

Evelyn Padin, U.S.D.J.